JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7296
    Facsimile: (415) 436-7234
    Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0258 VRW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| MATTHEW MISTACHKIN, | |
| Defendant. | |

      On April 16, 2010, the parties appeared before the Court for arraignment on a Superseding Indictment and a detention hearing. The defendant entered a plea of not guilty and waived a detention hearing and findings without prejudice, reserving the right to seek release if circumstances changed. The matter was scheduled for appearance before the Honorable Vaughn R. Walker on May 6, 2010. The parties requested and the court ordered that time between April

STIP. & [PROPOSED] ORDER EXCL. TIME
US v. MISTACHKIN; CR 10-0258 VRW     1

1 | 16 and May 6, 2010 be excluded under the speedy trial act, 18 U.S.C. § 3161, to afford adequate
2 | preparation of counsel and assure continuity of counsel.  The parties agree that, taking into
3 | account the public interest in prompt disposition of criminal cases, good cause exists for this
4 | extension.
5 |       The defendant also agrees to exclude for this period of time any time limits applicable
6 | under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the
7 | reasonable time necessary for continuity of defense counsel and effective preparation.  18 U.S.C.
8 | § 3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
9 | continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
10 | U.S.C. § 3161(h)(7)(A).
11 | SO STIPULATED:
12 |
13 |                     JOSEPH P. RUSSONIELLO
                    United States Attorney
14 |
15 | DATED: April 19, 2010             /s/
                    BENJAMIN P. TOLKOFF
16 |                     Assistant United States Attorney
17 |
18 | DATED: April 19, 2010             /s/
                    LOREN STEWART
19 |                     Attorney for MATTHEW MISTACHKIN
20 | //
21 | //
22 | //
23 | //
24 | //
25 |
26 |
27 |
28 |

STIP. & [PROPOSED] ORDER EXCL. TIME
US v. MISTACHKIN; CR 10-0258 VRW

| | |
|---|---|
| 1 | For the reasons stated above, the Court finds that the exclusion of time from April 16 |
| 2 | through May 6, 2010, is warranted and that the ends of justice served by the continuance |
| 3 | outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 |
| 4 | (h)(7)(A). The failure to grant the requested continuance would deny the defendant effective |
| 5 | preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. |
| 6 | §3161(h)(7)(B)(iv). |
| 7 | |
| 8 | SO ORDERED. |
| 9 | |
| 10 | DATED: 22 Apr 2 '10        _____ |
| 11 |                              HONORABLE BERNARD ZIMMERMAN |
|    |                              United States Magistrate Judge |