JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7296
   Facsimile:     (415) 436-7234
   Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0258 VRW |
|     Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| MATTHEW MISTACHKIN, | ) ) | |
|     Defendant. | ) ) | |

     On May 6, 2010, the parties made their initial appearance before the Court.  The parties requested and the Court ordered that the matter be continued until June 3, 2010, for status.  The parties requested and the Court ordered that the time between May 6 and June 3, 2010, be excluded under the speedy trial act, 18 U.S.C. § 3161, to afford adequate preparation of counsel.  The parties agree that, taking into account the public interest in prompt disposition of criminal

1  cases, good cause exists for this extension.
2      The parties also agreed that the ends of justice served by granting such a continuance
3  outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
4  3161(h)(7)(A).
5  SO STIPULATED:
6
7                      JOSEPH P. RUSSONIELLO
                    United States Attorney
8
9  DATED: May 12, 2010             /s/
                    BENJAMIN P. TOLKOFF
10                     Assistant United States Attorney
11
12 DATED: May 12, 2010             /s/
                    LOREN STEWART
13                     Attorney for MATTHEW MISTACHKIN
14
15     For the reasons stated above, the Court finds that the exclusion of time from May 6
16 through June 3, 2010, is warranted and that the ends of justice served by the continuance
17 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
18 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective
19 preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C.
20 §3161(h)(7)(B)(iv).
21
22 SO ORDERED.
23
24 DATED: 5/18/2010                                                
25                                 VAUGHN R. WALKER
                                Chief United States District Judge
26
27
28