1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  BENJAMIN P. TOLKOFF (NYB 4294443)
   Assistant United States Attorney
6
     450 Golden Gate Avenue, Box 36055
7    San Francisco, California  94102
     Telephone:     (415) 436-7296
8    Facsimile:     (415) 436-7234
     Benjamin.Tolkoff@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,           )  No. CR 10-0258 VRW
                                       )
17     Plaintiff,                      )  STIPULATION AND [PROPOSED] ORDER
                                       )  EXCLUDING TIME UNDER 18 U.S.C. § 3161
18     v.                              )
                                       )
19                                     )
   MATTHEW MISTACHKIN,                 )
20                                     )
                                       )
21     Defendant.                      )
                                       )
22

23
        On June 3, 2010, the parties appeared before the Court.  Prior to the appearance, the
24
   defense requested additional discovery from the government.  In order to process this request, the
25
   parties asked, and the Court ordered, that the matter be continued until August 12, 2010, for
26
   status.
27
   //
28

STIP. & [PROPOSED] ORDER EXCL. TIME
US v. MISTACHKIN; CR 10-0258 VRW                                                              1

1     On August 12, 2010, the parties appeared and set dates for briefing a motion to suppress.
2 The defendant will file his motion on August 26, the government will respond by September 9,
3 the defense will reply by September 16, and the Court will hear briefing on the motion on
4 September 23, 2010.
5     The parties requested and the Court ordered that the time between June 3, and August 26,
6 2010, be excluded under the speedy trial act, 18 U.S.C. § 3161, to afford adequate preparation of
7 counsel.  The parties agree that, taking into account the public interest in prompt disposition of
8 criminal cases, good cause exists for this extension.
9 //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIP. & [PROPOSED] ORDER EXCL. TIME
US v. MISTACHKIN; CR 10-0258 VRW     2

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: August 23, 2010         /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

DATED: August 23, 2010         /s/
LOREN STEWART
Attorney for MATTHEW MISTACHKIN

For the reasons stated above, the Court finds that the exclusion of time from June 3, through August 26, 2010, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 8/27/2010

_____
HONORABLE VAUGHN R. WALKER
Chief United States District Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
US v. MISTACHKIN; CR 10-0258 VRW