IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW MISTACHKIN,<br><br>　　　　Defendant.　　　　　　　　／ | No. CR-10-0258 MMC<br><br>**ORDER SCHEDULING STATUS CONFERENCE; DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES** |

　　On January 13, 2011, the above-titled action was reassigned to the undersigned.

　　For the purpose of scheduling future proceedings, a status conference is hereby SET for February 2, 2011, at 2:30 p.m.

　　Additionally, to facilitate the Court's review of defendant's motion to suppress, the Court hereby DIRECTS defendant to submit forthwith a chambers copy of his motion to suppress and supporting declarations, filed August 26, 2010, and a chambers copy of his reply and supporting declarations, filed September 16, 2010. Further, the Court hereby DIRECTS the United States to submit forthwith a chambers copy of its opposition and supporting declarations, filed September 9, 2010, and a chambers copy of its sur-reply, filed September 21, 2010.

　　**IT IS SO ORDERED.**

Dated: January 19, 2011

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge