BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MISTACHKIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MATTHEW MISTACHKIN,<br><br>　　　　　Defendant. | No. CR-10-0258 MMC<br><br>**STIPULATION & [PROPOSED] ORDER CONTINUING STATUS CONFERENCE ; DIRECTIONS TO PLAINTIFF**<br>**Current Hearing Date: February 2, 2011**<br>Time:　　2:30 p.m.<br>Judge:　　Hon. Maxine M. Chesney<br><br>**Proposed Hearing Date: February 16, 2011**<br>Time:　　2:30 p.m.<br>Judge:　　Hon. Maxine M. Chesney |

　　　The above-captioned case is currently scheduled for an status conference on Wednesday, February 2, 2011 at 2:30 p.m. Counsel for Mr. Mistachkin is unavailable for that hearing date and respectfully requests that the status conference be continued to February 16, 2011. Mr. Mistachkin is aware of this continuance request and agrees to it. Undersigned counsel for Mr. Mistachkin has discussed this request with counsel for the Government, Assistant United States Attorney Benjamin Tolkoff. Mr. Tolkoff has no objection to the requested continuance; accordingly, the parties jointly request this continuance. Undersigned counsel also contacted Your Honor's courtroom deputy and confirmed the Court's availability on the proposed date.

STIP & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE, CR-10-0258 MMC　　　　1

1    All time since August 26, 2010, when Mr. Mistachkin filed his motion to suppress, is
2    excluded from the running of the Speedy Trial clock. *See* 18 U.S.C. § 3161(h)(1)(D). As the
3    motion remains pending, no time will elapse from the Speedy Trial clock until the "hearing on,
4    or other prompt disposition of, such motion." *Id.*

5    **IT IS SO STIPULATED.**

6

7    January 25, 2011                          /s/
     DATED                                    BENJAMIN TOLKOFF
8                                             Assistant United States Attorney

9

10   January 25, 2011                          /s/
     DATED                                    LOREN STEWART
11                                            Attorney for Matthew Mistachkin

12

13                         **[PROPOSED] ORDER**

14   For good cause shown, the status conference now scheduled for Wednesday, February 2,
15   2011 is vacated. The matter shall be added to the Court's calendar on Wednesday, February 16,
16   2011 at 2:30 p.m.  Further, plaintiff is hereby DIRECTED to comply, no later than January 31,
                       2011 with the Court's January 19, 2011 order, which order directed
17   **IT IS SO ORDERED.**   plaintiff to provide a chambers copy of its opposition to the motion
                       to suppress, as well as a chambers copy of its sur-reply.
18

19

20   January 27, 2011
     DATED                                    HON. MAXINE M. CHESNEY
21                                            United States District Judge

22

23

24

25

26

STIP & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE, CR-10-0258 MMC         2