MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYB 4294443)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7296
   Facsimile:      (415) 436-7234
   Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0258 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | AND CONTINUING STATUS CONFERENCE |
| ) | |
| MATTHEW MISTACHKIN, ) | |
| ) | |
| Defendant. ) | |

      On February 16, 2011 the parties appeared before the Court for status.  The parties requested a continuance for a possible change of plea on March 9, 2011.  The parties also requested, and the Court ordered that time be excluded from the running of the speedy trial clock between February 16 and March 9, 2011 for effective preparation of counsel, §3161(h)(7)(B)(iv). As of the date of this filing, the parties are in further negotiation and request that the matter be continued from March 9 to March 30, 2011 for a change of plea.  The parties request that the

1  time between March 9 and March 30, 2011 be excluded under the speedy trial act, 18 U.S.C.
2  §3161(h)(7)(B)(iv), to afford adequate preparation of counsel.  The parties agree that, taking into
3  account the public interest in prompt disposition of criminal cases, good cause exists for this
4  extension.
5       The parties also agree that the ends of justice served by granting such a continuance
6  outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
7  3161(h)(7)(A).
8  SO STIPULATED:
                                          MELINDA HAAG
9                                         United States Attorney
10
11 DATED: March 7, 2011                   /s/
                                          BENJAMIN P. TOLKOFF
12                                        Assistant United States Attorney
13
14 DATED: March 7, 2011                   /s/
                                          LOREN STEWART
15                                        Attorney for MATTHEW MISTACHKIN
16
17      For the reasons stated above, the Court orders that this matter be continued from March 9
18 to March 30, 2011 and finds that the exclusion of time March 9 to March 30, 2011 is warranted
19 and that the ends of justice served by the continuance outweigh the best interests of the public
20 and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(7)(A).  The failure to grant the
21 requested continuance would deny the defendant effective preparation of counsel, and would
22 result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).
23
24 SO ORDERED.
25
26 DATED: March 8, 2011                   _____
                                          HONORABLE MAXINE M. CHESNEY
27                                        United States District Judge
28

STIP. & [PROPOSED] ORDER EXCL. TIME
US v. MISTACHKIN; CR 10-0258 MMC                                                            2